## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNUR HASHIM BEY                    :            CIVIL ACTION
                                    :
    v.                               :
                                    :
THE CITY OF PHILADELPHIA, et al,    :            NO.  14-3411

### ORDER

AND NOW, this *17* day of June, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1.    Leave to proceed *in forma pauperis* is GRANTED.

2.    The complaint is DISMISSED for the reasons discussed in the Court's memorandum.

3.    The Clerk of Court shall CLOSE this case.

BY THE COURT:

WILLIAM H. YOHN, JR., J.